UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DAVID SANTIAGO,

Petitioner,

v. Case No: 2:17-cv-328-FtM-99MRM

SECRETARY, DOC and FLORIDA ATTORNEY GENERAL,

Respondents.

______________________________/

**OPINION AND ORDER**[1]

This matter comes before the Court on periodic review of the file. On November 9, 2017, the Court directed Petitioner to either pay the $5.00 filing fee or submit a certified copy of his prisoner account activity containing all transactions for the six months preceding the filing of the Petition within twenty-one days of the date of the Court's Order. (Doc. #10). On December 6, 2017, the Court again ordered Plaintiff file a certified copy of his prisoner account activity containing all transactions for the six months preceding the filing of the Petition or pay the $5.00 filing fee within fourteen days of the date of the Order or have his petition dismissed without further notice. (Doc. #13). To date Petitioner has failed to respond to the Court's Orders and the time to do so has expired.

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

The Court has taken reasonable steps to provide Petitioner an opportunity to respond to the Orders and Petitioner was put on notice that the case would be dismissed if he failed to comply with the Court's Order. Local Rule 3.10(a) (M.D. Fla.) provides that "[w]henever it appears that any case is not being diligently prosecuted the Court may, on motion of any party or on its own motion, enter an order to show cause why the case should not be dismissed, and if no satisfactory cause is shown, the case may be dismissed by the Court for want of prosecution."

The Court finds that Petitioner has failed to prosecute this case and that the case is due to be dismissed. Because the Court is dismissing this action without prejudice, Petitioner may file a new action if he wishes to pursue his petition. However, Petitioner is cautioned that the statute of limitations on filing a petition for habeas corpus in 28 U.S.C. § 2244(d)(1) is not stayed and will continue to run while he has no case pending before the Court.

Accordingly, it is now **ORDERED:**

(1) Petitioner David Santiago's Petition for Writ of Habeas Corpus is **DISMISSED without prejudice**.

(2) The Clerk of the Court is directed to enter judgment terminate any pending motions and deadlines, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 29th day of December, 2017.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:
David Santiago
All Counsel of Record
SA: FTMP-2